UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BMO HARRIS BANK, N.A., ) | |
|     Plaintiff(s), ) | |
|         vs ) | Case # 2:12-CV-1448-JAD-GWF |
| ALI KALAMCHI, ) | ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |
|     Defendant(s). ) | |

This case is currently stacked on the Trial Calendar of **Tuesday, September 30, 2014,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George Foley, Jr.** for a settlement conference.

DATED this 2nd day of June, 2014.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE