# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BMO HARRIS BANK, N.A., successor to MARSHALL AND ILSLEY BANK, FSB aka M&I Bank, FSB,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ALI KALAMCHI,<br><br>　　　　　Defendant. | Case No. 2:12-cv-01448-JAD-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Defendant Ali Kalamchi's Declaration (#76) pursuant to Court's Order #67, filed on October 29, 2014.

　　　In Order #67, the Court ordered the Defendant to file an affidavit listing his expenses to attend the August 5th settlement conference.  The Court noted that the Plaintiff had offered to compensate the Defendant for the reasonable travel expenses the Defendant incurred.  Defendant has now filed that affidavit, detailing the expenses he incurred: $849 on a round trip flight, $80 in taxi fare, and $40 in parking. Defendant has also filed proof of the attorney's fees incurred during the conference, but this goes beyond the scope of the Court's Order, which order the Defendant to list "reasonable travel and lodging expenses."  Therefore, the total amount to be awarded to Defendant Kalamchi is $969.  Accordingly,

　　　**IT IS HEREBY ORDERED** that the Plaintiff shall reimburse the Defendant for $969.

　　　DATED this 14th day of November, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge