Brian E. Holthus, Esq.
Nevada Bar No. 2720
Email: beh@juww.com
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:    (702) 699-7555

*Attorneys for Plaintiff/Counterdefendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BMO HARRIS BANK, N.A., successor to MARSHALL AND ILSLEY BANK, FSB aka M&I Bank, FSB,<br><br>             Plaintiff,<br><br>vs.<br><br>ALI KALAMCHI, an individual; DOES I through V, inclusive, and ROE CORPORATIONS I through V, inclusive,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 2:12-CV-01448-JAD-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff BMO Harris Bank, N.A. and Defendant Ali Kalamchi, through their respective counsel of record, that this

C:\Users\jgutke\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\57RAP4QW\SAO of Dismissal.doc

case be dismissed with prejudice, each party to bear its own attorney's fees and costs.

| JOLLEY URGA WOODBURY & LITTLE | FOX ROTHSCHILD LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Brian E. Holthus, Esq. | John H. Gutke, Esq. |
| Nevada Bar No. 2720 | Nevada Bar No. 10062 |
| 3800 Howard Hughes Pkwy., #1600 | 3800 Howard Hughes Pkwy. #500 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89169 |
| Attorneys for Plaintiff | Attorneys for Defendant |

Date: 2-13-15

Date: Feb. 13, 2015

## ORDER

Based on the parties' stipulation,

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions are hereby DENIED as moot.

The Clerk of Court is instructed to close this case.

Dated: February 17, 2015.

_____
UNITED STATES DISTRICT JUDGE